CO-386-online
10/03

# United States District Court
# For the District of Columbia

Mark G. Anderson Consultants, Inc.        )
                                          )
                                          )
                                          )
                              Plaintiff   )     Case: 1:07-cv-01964
    vs                                    )  Civil A   Assigned To : Robertson, James
                                          )            Assign. Date : 11/1/2007
Brookshire Enterprises LLC                )            Description: Contract
                                          )
                                          )
                              Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Mark G. Anderson Consultants, Inc.__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Mark G. Anderson Consultants, Inc.__ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

D.C. Bar No. 418557                       Mark A. Sgarlata
_____           _____
BAR IDENTIFICATION NO.                    Print Name

                                          8405 Greensboro Drive, Suite 100
                                          _____
                                          Address

                                          McLean        VA        22102
                                          _____
                                          City          State     Zip Code

                                          703-749-1000
                                          _____
                                          Phone Number