CO-386-online
10/03

# United States District Court
# For the District of Columbia

MARK G. ANDERSON )
CONSULTANTS, INC. )
 )
 )
        Plaintiff )
  vs )   Civil Action No.  No. CV 1:07-cv-01964, J.R.
 )
BROOKSHIRE ENTERPRISES, )
L.L.C., )
 )
       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Brookshire Enterprises, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Brookshire Enterprises, LLC__ which have any outstanding securities in the hands of the public:

There are no parent companies, subsidiaries, or affiliates of Brookshire Enterprises, LLC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Thomas R. Bagby*
Signature

DC Bar # 236299
BAR IDENTIFICATION NO.

Thomas R. Bagby
Print Name

10 S. Jefferson Street, Suite 1400
Address

Roanoke    VA    24011
City    State    Zip Code

540-983-7766
Phone Number