IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK G. ANDERSON CONSULTANTS INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:07-cv-01964-JR |
| BROOKSHIRE ENTERPRISES LLC, | ) ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by, between and among all of the undersigned parties, each of whom has appeared in this action, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims against Defendant Brookshire Enterprises LLC ("Brookshire") set forth in the Complaint Claim are hereby dismissed without prejudice.

DATED:   December __, 2007

    Respectfully submitted,

/s/ Mark A. Sgarlata
Mark A. Sgarlata (D.C. Bar No. 418557)
WATT, TIEDER, HOFFAR
 & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia  22102
Telephone:    (703) 749-1000
Facsimile:    (703) 893-8039

*Counsel for Plaintiff*
*Mark G. Anderson Consultants, Inc.*

AND

/s/ Thomas R. Bagby
Thomas R. Bagby (D.C. Bar No. 236299)
WOODS ROGERS, PLC
Wachovia Tower, Suite 1400
10 South Jefferson Street
P.O. Box 14125
Roanoke, Virginia 24038
Telephone:    (540) 983-7600
Facsimile:    (540) 983-7711

*Counsel for Defendant*
*Brookshire Enterprises LLC*